UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TROY EDWARD LANG,
          Petitioner,

v.                           Case No. 11-CV-00146

JOHN PAQUIN, Warden,
Racine Correctional Institution,
          Defendant.

## DECISION AND ORDER

On October 5, 2011, I issued an order denying Troy Lang's petition for a writ of habeas corpus, and the clerk entered final judgment that same day. On November 23, 2011, petitioner filed a motion for reconsideration. While petitioner does not indicate which Federal Rule of Civil Procedure he is filing his motion under, it appears to be a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). Under Rule 59(e), petitioner's motion is untimely. That rule requires a motion to be filed no later than 28 days after the entry of judgment. Rule 60(b) might provide petitioner with more than 28 days to seek relief from the judgment, but petitioner has not based his motion on any of the grounds listed in that rule. The motion only reiterates the arguments made in petitioner's original brief in support of his petition.

**THEREFORE, IT IS ORDERED** that petitioner's motion for reconsideration [Docket #18] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 30th day of November 2011.

                                              s/_____
                                              LYNN ADELMAN
                                              District Judge